# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1457

_____

TAREYTON JOSEPH FRANXMAN,

Petitioner,

v.

ELIZABETH ANN FRANXMAN,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


October 2, 2024


PER CURIAM.

The Court grants the petition for writ of prohibition and quashes the trial court order vacating and setting aside the order of disqualification. *See Miller v. Bell S. Phone Co.*, 860 So. 2d 523, 523 (Fla. 1st DCA 2003).

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ross A. Keene, Pensacola, for Petitioner.

Andrew D. Wheeler of The Wheeler Firm, PA, Niceville, for Respondent.